UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| INSTALLED BUILDING PRODUCTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-5 |
| | ) | (Phillips/Guyton) |
| MICHAEL DREIER, ROBERT DREIER, | ) | |
| and LEONARD DREIER, III a/k/a | ) | |
| BUTCH DREIER, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter came before the undersigned on January 17, 2006 for a hearing on the Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery [Doc. 4]. Participating on behalf of the plaintiff were attorneys Benjamin Fink and Andrew Tillman. Participating on behalf of the defendants Michael Dreier and Robert Dreier was attorney Brian Krumm, and for the defendant Leonard Dreier was attorney Ron Rayson.

At the hearing, the parties indicated that they were agreeable to attempting to working out an agreed resolution to the plaintiff's motion. The Court gave the parties an opportunity to consult with each other, and subsequently, the parties announced that they had agreed to the entry of a consent preliminary injunction and to an expedited discovery schedule, thereby resolving the issues raised in the plaintiff's motion. The parties will submit a proposed agreed order to the District Judge setting forth their agreement.

Accordingly, the Plaintiff's Motion for Temporary Restraining Order, Preliminary Injunction and Expedited Discovery [Doc. 4] is **GRANTED** to the extent set forth in the parties' Consent Preliminary Injunction Order, which shall be submitted to the District Judge for entry. In all other respects, the Plaintiff's Motion [Doc. 4] is **DENIED**. The parties are **DIRECTED** to contact District Judge Phillips' Judicial Assistant Kim Jones-Richardson (545-4255) to schedule a preliminary injunction hearing, should the District Court so require it.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge